IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 FEB -6  A 11: 02

CLERK _____
   SO. DIST. OF GA.

| | |
|---|---|
| DEMECCO CHUNDREL WILLIAMS, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.:CV206-300 |
| WAYNE BENNETT, Sheriff; RON CORBETT; Col. NEWSOME; Capt. AUSTIN; Lt. PROUDFOOT; Officer GARDNER; Officer BAKER; SHAMEKA TOLLER; Officer JONES; M/Sgt. JURAN; Officer MORAN; M/Sgt. PACHECO; Officer GORDON; Cpl. HAZBROCK; Officer QUICK; Officer DAVIES; Officer BONDS; Officer BREWER; Officer EASON; Officer SEALS; Officer HEANSLY; Officer HALL; Sgt. WINN; Officer PATTEN; Officer METZLER; Officer SINGLETON; Sgt. DONNER; Sgt. NEAVES; Staff Member RIGGS; Staff Member ATKINSON; Inmate WILLIAM MUSIC; Sgt. MILES; Cpl. LAWSON; Cp;. MARCUS; Officer GRIFFIN, and M/Sgt. Jones, | |
| Defendants. | |

## ORDER

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed ten (10) days from the date of service of this Report and Recommendation to file objections. If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. Nettles v. Wainwright, 677 F.2d 404 (5th Cir. Unit B 1982).

AO 72A
(Rev. 8/82)

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the undersigned.

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the 26th day of February, 2007.

**SO ORDERED**, this 6th day of February, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)