

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DEMECCO CHUNDREL WILLIAMS,

    Plaintiff,

v.

WAYNE BENNETT, Sheriff; RON
CORBETT; Col. NEWSOME;
Capt. AUSTIN; Lt. PROUDFOOT;
Officer GARDNER; Officer BAKER;
SHAMEKA TOLLER; Officer JONES;
M/Sgt. JURAN; Officer MORAN;
M/Sgt. PACHECO; Officer GORDON;
Cpl. HAZBROCK; Officer QUICK;
Officer DAVIES; Officer BONDS;
Officer BREWER; Officer EASON;
Officer SEALS; Officer HEANSLY;
Officer HALL; Sgt. WINN; Officer
PATTEN; Officer METZLER; Officer
SINGLETON; Sgt. DONNER;
Sgt. NEAVES; Staff Member RIGGS;
Staff Member ATKINSON;
Inmate WILLIAM MUSIC; Sgt. MILES;
Cpl. LAWSON; Cp;. MARCUS;
Officer GRIFFIN, and M/Sgt. Jones,

    Defendants.

CIVIL ACTION NO.:CV206-300

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

AO 72A
(Rev. 8/82)

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 16th day of April, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)